110 P.3d 417

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Ramirez | 26371 | 04/19/2005 | Vacated & remanded |
| State v. Barona | 26195 | 04/21/2005 | Reversed in part & affirmed in part |
| State v. Kauai | 25450 | 04/25/2005 | Affirmed |